# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL J. HULTMAN,<br><br>                 Petitioner,<br><br>        v.<br><br>DANIEL PARAMO, Warden,<br><br>                 Respondent. | Case No. EDCV 18-1439-CJC (LAL)<br><br>**JUDGMENT** |

     Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge,

     IT IS ADJUDGED that the First Amended Petition is denied and this action is dismissed with prejudice.

DATED: March 30, 2020

                                              HONORABLE CORMAC J. CARNEY
                                              UNITED STATES DISTRICT JUDGE